**Order filed February 23, 2012, Withdrawn, Appeal Reinstated and Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00795-CR

_____

**CRAIG HARDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 6**
**Harris County, Texas**
**Trial Court Cause No. 1698495**

---

# O R D E R

On February 23, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine whether appellant was entitled to proceed without the payment of costs.

Appellant has filed a motion to dismiss his appeal. Accordingly, our order of February 23, 2012, is WITHDRAWN. The appeal is REINSTATED.

PER CURIAM